OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
MAILED FROM ZIP CODE

$ 00.26⁵
DEC 18 2014

12/17/2014

COOPER, MARCUS                    Tr. Ct. No.                    WR-82,398-02

This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

MARCUS COOPER
BEXAR COUNTY JAIL
BA-3
200 N COMAL
SAN ANTONIO TX 78207T

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY

UTF

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY

N3B 78207